UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIANE TANGUIS** | * | **CIVIL ACTION NO. 2:22-cv-2583** |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **CRACKER BARREL OLD COUNTRY STORE, INC.** | * | **MAG. JUDGE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Cracker Barrel Old Country Store, Inc. ("Cracker Barrel") (hereinafter sometimes referred to as "Defendant") gives notice of the removal of this action from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. As grounds for this removal, Defendant states as follows:

1.

On February 22, 2022, Diane Tanguis ("Plaintiff") filed a Petition for Damages against Defendant in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, No. 2022-481 Section "B" alleging Defendant is liable for Plaintiff's injuries in a trip-and-fall accident. A copy of the Petition and Service of Process Transmittal is attached hereto as Exhibit "A."

2.

Defendant was served with the Citation and Plaintiff's Petition for Damages on March 8, 2022. A copy of the Citation served upon Defendant is attached hereto as Exhibit "B."

3.

Pursuant to 28 U.S.C. §1446(a) attached hereto as Exhibit "C" is a copy of all process, pleadings, and orders in the state court action.

4.

In accordance with Louisiana C.C.P. Art. 983, the Petition did not demand a specific dollar amount.

5.

On April 6, 2022, Defendant filed an Answer and Jury Demand to Plaintiff's Petition. A copy of the Answer is attached hereto as Exhibit "D."

6.

On July 20, 2022, in response to a discovery Interrogatory, Plaintiff affirmatively stated that her claim exceeds $75,000.00. The Interrogatory response is attached hereto as Exhibit "E." This Interrogatory response served as written notice that the alleged amount in controversy exceeds $75,000.00.

7.

This Notice of Removal has been filed within 30 days after Defendant was put on notice that Plaintiff's claim was removable as required by 28 U.S.C. § 1446(b)(3).

8.

This case is an action over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

9.

Plaintiff was at the time of the filing of this action, and still is, a citizen of the State of Louisiana.  Defendant was at the time of the filing of this action, and still is, a foreign corporation incorporated in the State of Tennessee and having its principal place of business in Tennessee.

10.

Defendant will provide notice to the Plaintiff of this Removal, through delivery of a copy of this Notice of Removal to their counsel of record, and to the Clerk of the 21th Judicial District Court for the Parish of Tangipahoa, through filing into the record therein a Notice of Filing Notice of Removal.

11.

WHEREFORE, Cracker Barrel Old Country Store, Inc. respectfully requests that this Court take jurisdiction of this action, and that this case be removed from the 21th Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to this Court.

Dated this 9th day of August 2022.

Respectfully submitted,

 /s/  Stephannie M. England
Stephen C. Resor (Bar No. 16767)
Amy Dunn Hotard (Bar No. 31709)
Stephannie M. England (Bar No. 35904)
**SALLEY, HITE, MERCER & RESOR, LLC**
One Canal Place - Suite 1710
365 Canal Street
New Orleans, LA   70130
Telephone:     504-566-8800
Facsímile:     504-566-8828
Email:          sresor@shmrlaw.com
                ahotard@shmrlaw.com
                sengland@shmrlaw.com
**Attorneys for Defendant, Cracker Barrel Old Country Store, Inc.**

- 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of August 2022 I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed. I further certify that I mailed the foregoing document and notice of electronic filing to any non-CM/ECF participant.

                                                      */s/   Stephannie M. England*
                                                         Stephannie M. England