# Fax Transmission

Tangipahoa Parish Clerk of Court   20220000481
Filed Feb 22, 2022 10:17 AM                B
Debi McCoy
Deputy Clerk of Court

**To:**

**Fax:** 19857486746

**RE:** New Filing

**From:** CLFphill

**Date:** 2/22/2022 9:01:59 AM MST

**Pages:** 6

---

**Comments:**

Dear Clerk,

Attached is a Petition for Damages to be filed on this date on behalf of Diane Tanguis. Please alert us to any filing and/or service fees by return fax. Please note that the original and appropriate copies will follow via U.S. Mail, along with our firm check for the cost for this filing.

Kindest regards,

Philip D. Lorio IV
Attorney

[9.19]
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone: (504) 517-1673
Facsimile: (504) 324-0640
Phil@ChopinLawFirm.com<mailto:Phil@ChopinLawFirm.com>
www.ChopinLawFirm.com<http://www.chopinlawfirm.com/>

LOUISIANA | MISSISSIPPI | TEXAS

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you receive this email in error, please immediately contact Justin M. Chopin at The Chopin Law Firm by return email or at 504-229-6681. IRS Circular 230 Disclosure: This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed by the taxpayer.

**EXHIBIT C**

NON-CERTIFIED COPY

[The National Trial Lawyers]

[cid:image004.png@01D827D3.1C7FF440]

NON-CERTIFIED COPY

Tangipahoa Parish Clerk of Court 20220000481
Filed Feb 22, 2022 10:17 AM          B
Debi McCoy
Deputy Clerk of Court

## APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
**Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court**
**General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules**

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Diane Tanguis                    **vs.**    Cracker Barrel Old Country Store, Inc.

**Court:** 21st JDC                          **Docket Number:** _____

**Parish of Filing:** Tangipahoa      **Filing Date:** 2/22/22

**Name of Lead Petitioner's Attorney:** Philip D. Lorio IV

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1          **Number of named defendants:** 1

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| __ Auto: Personal Injury | __ Auto: Property Damage |
| __ Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __ Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __ Product Liability | ✓ Premise Liability |
| __ Intentional Bodily Injury | __ Intentional Property Damage |
| __ Intentional Wrongful Death | __ Unfair Business Practice |
| __ Business Tort | __ Fraud |
| __ Defamation | __ Professional Negligence |
| __ Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | _____ |
| __ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Plaintiff tripped and fell over a cord which constituted a hazardous condition on Defendant's premises and sustained injuries.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Philip D. Lorio IV                    **Signature** _____

**Address** 650 Poydras Street, Suite 1550, New Orleans, Louisiana 70130

**Phone number:** 504-517-1673          **E-mail address:** phil@chopinlawfirm.com

NON-CERTIFIED COPY

02/22/2022   09:05 AM   TO:19857486746   FROM:5043999905   Page: 4

```
Tangipahoa Parish Clerk of Court  20220000481
Filed Feb 22, 2022 10:17 AM          B
Debi McCoy
Deputy Clerk of Court
```

## 21ˢᵗ JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

## STATE OF LOUISIANA

NO.                                                        DIVISION " "

## DIANE TANGUIS

### VERSUS

## CRACKER BARREL OLD COUNTRY STORE, INC.

FILED: _____

                                         _____
                                         **DEPUTY CLERK**

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, DIANE TANGUIS (hereinafter sometimes referred to as "Plaintiff"), who files this Petition for Damages against Defendant, Cracker Barrel Old Country Store, Inc. (hereinafter sometimes referred to as "Cracker Barrel"), and in support thereof respectfully avers as follows:

### PARTIES

1.

Plaintiff, Diane Tanguis, is a resident of the State of Louisiana, and is the full age of majority.

2.

Defendant, Cracker Barrel, is a foreign entity licensed to do and doing business in the State of Louisiana.

### JURISDICTION AND VENUE

3.

The State of Louisiana has jurisdiction over Cracker Barrel because it is conducting business within the State.

4.

Venue is proper within the Parish of Tangipahoa pursuant to La. C.C.P. art. 74.

1

4837-0377-3628, v. 1

NON-CERTIFIED COPY

## FACTS

5.

On or about March 24, 2021, Plaintiff, Diane Tanguis, was a patron of the Cracker Barrel Store Number 352 in Hammond, Parish of Tangipahoa, State of Louisiana (hereinafter "Subject Premises").

6.

Plaintiff, who was exercising a reasonable degree of caution, tripped and fell over a cord on the Subject Premises, which constituted an unreasonably hazardous, defective condition (hereinafter "Hazardous Condition"). Cracker Barrel placed the cord in the hazardous position, and at the very least knew of or should have known of the Hazardous Condition, prior to the fall.

7.

As the owner, manager, and operator of the Subject Premises, Cracker Barrel had care, custody, and control of the Subject Premises at the time of the incident.

8.

Cracker Barrel's failure to maintain the Subject Premises caused it to contain the Hazardous Condition, which Plaintiff could not avoid despite exercising reasonable caution.

9.

As a result of the Hazardous Condition, Plaintiff sustained serious injuries, which required prompt and ongoing medical treatment, and suffered excruciating pain and suffering.

10.

Cracker Barrel had a duty to keep its premises free of defective conditions, as well as a duty of care to:

a. repair the Defective Condition of which it had actual and constructive notice;

b. exercise reasonable care;

c. ensure that Plaintiff was not exposed to unreasonably hazardous, defective conditions, over which it had *guarde*;

d. ensure that its invitees were kept safe on the Subject Premises; and

e. implement safeguards to avoid exposing invitees to unreasonably hazardous, defective conditions, over which they had *guarde*.

2

4837-0377-3628, v. 1

NON-CERTIFIED COPY

All of the above are negligent acts or omissions in violation of the rules of common sense, reasonable prudence, ordinances, and the laws of the Parish of Tangipahoa and the State of Louisiana, all of which are specifically plead herein.

11.

The conduct, actions, omissions, and negligence of Defendant, Cracker Barrel, directly caused, proximately caused, and/or was a substantial factor in causing Plaintiff's damages.

12.

The acts and/or omissions of Cracker Barrel, as detailed herein, proximately caused personal injuries to Plaintiff which include but are not limited to the following:

    a.  Pain and suffering in the past, present, and future;

    b.  Mental anguish in the past, present, and future;

    c.  Physical disfigurement in the past, present, and future;

    d.  Physical impairment in the past, present, and future;

    e.  Medical expenses in the past, present, and future;

    f.  Lost wages and loss of future earning capacity;

    g.  Property damage; and

    h.  Pre-judgment interest and post-judgment interest.

**WHEREFORE,** Plaintiff, Diane Tanguis, prays that Defendant, Cracker Barrel Old Country Store, Inc., be cited, made to appear, and answer; and, after all due proceedings are had, that there be a judgment in favor of Plaintiff for appropriate amounts for his damages, plus costs, expenses, expert fees, interest, etc., against Cracker Barrel for the following:

    a.  Pain and suffering in the past, present, and future,

    b.  Mental anguish in the past, present, and future,

    c.  Physical disfigurement in the past, present, and future,

    d.  Physical impairment in the past, present, and future,

    e.  Medical expenses in the past, present, and future,

    f.  Loss of earning capacity, and

    g.  Pre-judgment and post-judgment interest.

4837-0377-3628, v. 1

NON-CERTIFIED COPY

Plaintiff further prays for any and all general and equitable relief as the Court may deem just and proper.

Respectfully Submitted,

**THE CHOPIN LAW FIRM LLC**

JUSTIN M. CHOPIN (La. Bar No. 31100)
PHILIP D. LORIO IV (La. Bar No. 34648)
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Justin Direct:  504-229-6681
Phil Direct:    504-517-1673
Facsimile:      504-324-0640
E-mail:         Justin@ChopinLawFirm.com
                Phil@ChopinLawFirm.com
Art. 1313 Service: Service@ChopinLawFirm.com
*Attorneys for Plaintiff, Diane Tanguis*

**PLEASE PREPARE CITATION FOR AND SERVE:**

**Cracker Barrel Old Country Store, Inc.**
*Through its registered agent for service of process,*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

4

4837-0377-3628, v. 1

NON-CERTIFIED COPY

# Uniti Fiber Fax Service

## FAX **DELIVERY** NOTIFICATION

Account: FB9857486746
2/23/2022 9:22:03 AM

The following fax was **successfully** sent to the specified recipient.

| | |
|---|---|
| **Fax Number:** | **15043240640** |
| Remote CSID: | VFD212M6N22 (station ID of receiving fax device) |
| Pages: | 1 |
| Status: | No errors |

> Tangipahoa Parish Clerk of Court   20220000481
> Filed Feb 23, 2022 9:23 AM          B
> Debi McCoy
> Deputy Clerk of Court

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 2/23/2022 9:23:02 AM |
| Duration: | 54 seconds |
| Speed: | 14400 bps |
| Retries: | 0 |
| Event ID: | d85be88e-7fe2-4667-bbe2-6097508e42ef |





NON-CERTIFIED COPY

02/23/2022 WED 10:27  [JOB NO. 9805]  001

Tangipahoa Parish Clerk of Court  20220000481
Filed Feb 24, 2022 9:07 AM                                    B
Debi McCoy
Deputy Clerk of Court
FAX Received Feb 22, 2022



# Chopin
## LAW FIRM LLC

PHILIP D. LORIO IV
ATTORNEY
DIRECT: 504.517.1673
FAX: 504.324.0640
PHIL@CHOPINLAWFIRM.COM

650 POYDRAS STREET, SUITE 1550
NEW ORLEANS, LA 70130
MAIN: 504.500.8000
WWW.CHOPINLAWFIRM.COM

February 23, 2022

**VIA HAND DELIVERY**
Clerk of Court
21st Judicial District Court
P.O. Box 667
Amite, LA 70422

Re:  *Diane Tanguis v. Cracker Barrel Old Country Store, Inc.*
     Case No.2022000481:, Division "B"

Dear Clerk,

Enclosed, please find the original Plaintiff's Petition for Damages and two (2) copies in the above-referenced matter. Please file and serve named Defendant as directed and return a conformed copy of the pleading to our office *via* the enclosed self-addressed stamped envelope. We enclose our firm checks for the payments for filing and service.

Please contact our firm with any questions you might have. Thank you for your assistance in the above-mentioned matter.

Kindest regards,

Philip D. Lorio IV

GARY STANGA
CLERK OF COURT
TANGIPAHOA PARISH, LA
2022 FEB 24  AM 9: 07

NON-CERTIFIED COPY

LOUISIANA   MISSISSIPPI   TEXAS

## FAX FILING CONFIRMATION

DIANE TANGUIS



DOCKET NUMBER: C-20220000481
*Division:* B
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

VS

**CLERK OF COURT**

CRACKER BARREL OLD COUNTRY STORE INC

*FEBRUARY 23, 2022*

*Attn: PHILIP D LORIO*
*Fax Number: 504-324-0640*

*We have received your fax filing on 2/22/2022 of the following pleadings:*

| | |
|---|---|
| *1003-PETITION-DAMAGES* | *4 PAGES* |
| *45-COVER SHEET* | *1 PAGE* |
| *59-COVER LETTER* | *2 PAGES* |

*Cost of filing said document will be $300.00.*

*Within 7 days, exclusive of legal holidays, of the above mentioned receipt date you are required to forward the following:*
*a.*    *Original signed document*
*b.*    *Applicable filing fee*
*c.*    *Transmission fee of $5.00 (included in above filing fee)*
*d.*    *If exhibits are to accompany the original pleading(s) mentioned above, please add $2.00/ page to the above fee.*
*If you fail to comply with the requirements above the fax filing shall have no force or effect (R.S. 13:850)*

*NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.*

*SERVICES/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).*

*IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENT(S) IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.*

*Please remit additional separate check(s) made payable to and in the amount requested below:*

*Please send an additional check for the Sheriff of EAST BATON ROUGE in the amount of $38.96 along for service.*

*Please send an additional check for the Sheriff of    in the amount of    along for service.*

*Please send an additional check for the Secretary of State in the amount of    along for service.*

Deputy Clerk of Court
*GARY STANGA, Clerk of Court*

# CIVIL E-FILING IS AVAILABLE
# VISIT WWW.CLERKCONNECT.COM

NON-CERTIFIED COPY

**APPENDIX 9.6**
**LOUISIANA CIVIL CASE REPORTING**
**Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court**
**General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules**

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Tangipahoa Parish Clerk of Court  20220000481
Filed Feb 24, 2022 9:07 AM            B
Debi McCoy
Deputy Clerk of Court
FAX Received Feb 22, 2022

**Suit Caption:**

Diane Tanguis                    **vs.** Cracker Barrel Old Country Store, Inc.

**Court:** 21st JDC          **Docket Number:** 20220000481

**Parish of Filing:** Tangipahoa          **Filing Date:** 2/22/22

**Name of Lead Petitioner's Attorney:** Philip D. Lorio IV

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1          **Number of named defendants:** 1

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| __Auto: Personal Injury | __ Auto: Property Damage |
| __Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __Product Liability | ✓Premise Liability |
| __Intentional Bodily Injury | __ Intentional Property Damage |
| __Intentional Wrongful Death | __ Unfair Business Practice |
| __Business Tort | __ Fraud |
| __Defamation | __ Professional Negligence |
| __Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | |
| __General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Plaintiff tripped and fell over a cord which constituted a hazardous condition on Defendant's premises and sustained injuries

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Philip D. Lorio IV                    Signature _____

Address  650 Poydras Street, Suite 1550, New Orleans, Louisiana 70130

Phone number: 504-517-1673          E-mail address: phil@chopinlawfirm.com

NON-CERTIFIED COPY

## CITATION



**D145227**

DIANE TANGUIS

VS

CRACKER BARREL OLD COUNTRY STORE INC



**CLERK OF COURT**

DOCKET NUMBER: C-20220000481
*Division:* B
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

To:   CRACKER BARREL OLD COUNTRY STORE INC                   *Parish of EAST BATON ROUGE*
      THRU ITS REGISTERED AGENT FOR SERVICE OF
      PROCESS:CT CORP SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA
      70816

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana. You are the named defendant in the above captioned matter. Attached to this citation is a:*
      X   *Certified Copy of Original Petition*
          *Certified Copy of Amended Petition*
          *Discovery Request*

**Article 1001 of the Louisiana Code of Civil Procedure states:**
**A.** A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.
**B.** When an Exception is filed prior to Answer and is overruled or referred to the merits or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
**C.** The Court may grant additional time for answering.
**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.
**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**
*This service was requested by LORIO, PHILIP D  and was issued by the Clerk of Court on FEBRUARY 25, 2022.*

<u>*Pleading Served*</u>                   I made service on the named party through the
*PETITION FOR DAMAGES*
                                          CT Corporation

                                          MAR 0 8 2022

                                          by tendering a copy of this document to
                                          Ashley Minvielle                    *Kallin Leto*

                                          DY, M. LOCKWOOD #0803                Deputy Clerk of Court for
                                          Deputy Sheriff, Parish of East Baton Rouge, Louisiana   *GARY STANGA,* Clerk of Court

#### SERVICE INFORMATION

*Received on the _____ day of _____, 20____ and on the _____ day of _____ served the above-named party as follows:*

**Personal Service** *on the party herein named* _____ .

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____ .

*Returned: Parish of _____ this _____ day of _____, 20____ .*

Service    $_____
Mileage    $_____
Total   $_____          By: _____
                            *Deputy Sheriff*

                            **ORIGINAL**

PREPAID   SCANNED MW   NON-CERTIFIED COPY



NON-CERTIFIED COPY



# SALLEY, HITE, MERCER & RESOR, LLC
## Attorneys at Law

365 Canal Street
One Canal Place, Ste. 1710
New Orleans, LA 70130
Phone:  (504) 566-8800
Fax:    (504) 566-8826

STEPHEN C. RESOR
Direct Dial: 504-566-8803
Email: sresor@shmrlaw.com

www.shmrlaw.com

April 6, 2022

*VIA FAX (985) 748-6746*
*AND US MAIL*
Gary T. Stanga, Clerk of Court
21ˢᵗ Judicial District Court
Parish of Tangipahoa
P.O. Box 667
Amite, LA  70422

**Tangipahoa Parish Clerk of Court  20220000481**
**Filed Apr 06, 2022 2:49 PM        B**
**Iesha Brumfield**
**Deputy Clerk of Court**

Re:    Diane Tanguis V Cracker Barrel Old Country Store, Inc.
       *21ˢᵀ JDC, PARISH OF TANGIPAHOA, NO. 20220000481, DIV B*
       Claim No:     J656719
       D/L:          March 24, 2021
       Our File:     2876-24688

### PLEASE FAX FILING CONFIRMATION WITH COST TO (504) 566-8828.

Dear Sir/Madam:

Please find enclosed Defendant's Answer and Jury Demand, Jury Order and Request for Notice filed on behalf of defendant, Cracker Barrel Old Country Store, Inc.

Please file into the record of this matter and return to me a stamped conformed copy in the enclosed self-addressed stamped envelope provided for your convenience.

Once filing confirmation is received, our firm's check for this filing and all originals will be mailed accordingly.

Thanking you in advance for your professional courtesies.

SALLEY, HITE, MERCER & RESOR, LLC

Stephen C. Resor

SCR/cb
Enclosures
cc: w/enc: Philip D. Lorio, Esq.

NON-CERTIFIED COPY

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | 1-985-748-6746@rcfax.com |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (985) 748-6746 |
| | |
| **From:** | fax server |
| **Company:** | Salley, Hite, Mercer & Resor, LLC |
| **Phone:** | (504) 321-6301 * 101 |
| **Fax:** | 15045668828 |
| | |
| **Date:** | 04/06/2022 |
| **Pages including this cover sheet:** | 10 |

## Comments:

NO.   20220000481    Diane Tanguis v Cracker Barrel Old Country Store, INc.

NON-CERTIFIED COPY

Tangipahoa Parish Clerk of Court  20220000481
Filed Apr 06, 2022 2:49 PM          B
Iesha Brumfield
Deputy Clerk of Court

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2022-0000481                                    DIVISION: B

DIANE TANGUIS

VERSUS

CRACKER BARREL OLD COUNTRY STORE, INC.

FILED: _____    _____
                                                    DEPUTY CLERK

### JURY CASH DEPOSIT ORDER PURSUANT TO LA. C.C.P. 1734.1

Demand for trial by Jury having been made herein and this matter now being set for trial,

IT IS ORDERED that the party requesting a jury trial, shall make a cash deposit with the

Clerk of Court in the amount of ($8,150.00).  This sum shall be deposited no later than sixty (60)

days prior to trial.  Trial is set for the _____ day of _____ and is scheduled to last

_____ days.

In the event the case is settled, the party depositing the funds shall receive a refund of this

deposit as follows:

I.      All funds less $1,500.00 shall be refunded, only if the Court is notified, in writing, 30
        (thirty) days in advance of trial indicating that the case is resolved or will proceed to trial
        by judge.

II.     If the case settles within the dates the trial was scheduled to proceed, the court shall cast
        the party requesting the jury trial an additional $320.00 in jury costs.

III.    If the case proceeds to trial by jury, the remaining funds on deposit shall be used to pay
        all jury costs. The court may require an additional deposit for costs as needed.

IV.     The above deposit schedule only applies to the calling of a standard venire. In the event
        that the case requires more potential jurors because of the length of the case or other
        factors, the Court may require additional costs to be posted.

This Order supersedes any prior Jury Order issued in the matter. The Court certifies that a

copy of this Order has been served upon all counsel of record and/or parties by hand delivery or

by mail.

Amite, Louisiana, this ___ day of _____, 2022.

_____
                                    JUDGE

NON-CERTIFIED COPY

Tangipahoa Parish Clerk of Court   20220000481
Filed Apr 06, 2022 2:49 PM          B
Iesha Brumfield
Deputy Clerk of Court

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2022-0000481                    DIVISION: B

DIANE TANGUIS

VERSUS

CRACKER BARREL OLD COUNTRY STORE, INC.

FILED: _____

_____
DEPUTY CLERK

## REQUEST FOR WRITTEN NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, defendant, **CRACKER BARREL OLD COUNTRY STORE, INC**, hereby requests written notice of the date set for trial of the above numbered and entitled cause, or of the date set for hearing of any pleadings or motions therein, at least ten (10) days before any hearing date.

Defendant also requests notice of the signing of any final judgment or the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
Stephen C. Resor (Bar No. 16767)
Amy Dunn Hotard (Bar No. 31709)
Stephannie M. England (Bar No. 35904)
Gregory J. Sauzer (Bar No. 34972)
Jordan T. Lacoste (Bar No. 39948)
**SALLEY, HITE, MERCER & RESOR, LLC**
One Canal Place - Suite 1710
365 Canal Street
New Orleans, Louisiana 70130
Telephone:    504-566-8800
Facsimile:    504-566-8828

**Attorneys for Defendant,**
**Cracker Barrel Old Country Store, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all parties, through their attorney of record, by placing a copy of same via email, facsimile and/or in the United States mail, properly addressed and postage prepaid on the 6 day of April, 2022.

_____
Stephen C. Resor

NON-CERTIFIED COPY

Tangipahoa Parish Clerk of Court  20220000481
Filed Apr 06, 2022 2:49 PM                    B
Iesha Brumfield
Deputy Clerk of Court

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2022-0000481                                    DIVISION: B

DIANE TANGUIS

VERSUS

CRACKER BARREL OLD COUNTRY STORE, INC.

FILED: _____

_____
DEPUTY CLERK

ANSWER AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes defendant, CRACKER

BARREL OLD COUNTRY STORE, INC. (hereinafter "Cracker Barrel"), who responds to the

Petition for Damages of petitioner, Diane Tanguis, as follows:

1.

Upon information and belief, the allegations of the first paragraph of the Petition are

admitted.

2.

Upon information and belief, the allegations of the second paragraph of the Petition are

admitted.

3.

Upon information and belief, the allegations of the third paragraph of the Petition are

admitted.

4.

Upon information and belief, the allegations of the fourth paragraph of the Petition are

admitted.

5.

Upon information and belief, the allegations of the fifth paragraph of the Petition are

admitted.

6.

The allegations of the sixth paragraph of the Petition are denied.

NON-CERTIFIED COPY

7.

Upon information and belief, the allegations of the seventh paragraph of the Petition are admitted.

8.

The allegations of the eighth paragraph of the Petition are denied.

9.

The allegations of the ninth paragraph of the Petition are denied, calling for strict proof.

10.

The allegations of the tenth paragraph of the Petition are denied.

11.

The allegations of the eleventh paragraph of the Petition are denied.

12.

The allegations of the twelve paragraph of the Petition are denied.

AND NOW, IN FURTHER ANSWER, to the Petition for Damages, defendant respectfully avers:

13.

Diane Tanguis' accident and injuries, if any, were not caused by the negligence and/or fault of Cracker Barrel Old Country Store, Inc. or any of its employees, but rather the sole proximate cause of plaintiff's accident and resulting injuries was the negligence, imprudence and want of skill and lack of skill of petitioner, Diane Tanguis which include the following, non-exclusive particulars to wit:

A.    Failing to see what she should have seen;

B.    Failing to maintain a proper lookout;

C.    Failing to act as a reasonable prudent person under the circumstances;

D.    Failing to observe an open and obvious condition and to avoid it;

E.    Attempting to cut through the landscaping in order to enter the parking lot, instead of using the sidewalk; and

F.    Any and all acts of negligence which will act either as a complete bar, or alternative, as a partial bar to any recovery herein, which is denied.

NON-CERTIFIED COPY

14.

In the alternative, and only in the event that this Honorable Court should find that the petitioner suffered injuries as a result of the negligence and/or fault of Cracker Barrel or any of its agents or employees, defendant avers that the negligent actions of petitioner, Diane Tanguis, as set forth in Paragraph 13 herein above, constitute comparative fault, thereby reducing any and all recovery by the plaintiff in proportion to her own fault.

15.

FURTHER ANSWERING, defendant avers that the plaintiff herein has failed to mitigate her damages and therefore any damages awarded, which are specifically denied, should be reduced accordingly.

16.

Alternatively, defendant avers that plaintiff's accident and injury was caused by the fault of a third party for which this defendant is not legally responsible.

17.

Defendant avers that it is entitled to all the protections and affirmative defenses afforded by it and contained within LSA-R.S. 9:2800.6 (Louisiana slip and fall statute) to include but limited to the defense that the defendant had no actual or constructive notice of the alleged dangers or defective condition prior to the fall.

18.

Defendant prays for a trial by jury on all issues.

WHEREFORE, defendant, Cracker Barrel, prays that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in its favor dismissing petitioner's suit, with prejudice at petitioner's sole costs.

Defendant prays for a trial by jury and for all general and equitable relief permitted under Louisiana law.

Respectfully submitted,

Stephen C. Resor (Bar No. 16767)
Amy Dunn Hotard (Bar No. 31709)
Stephannie M. England (Bar No. 35904)
Gregory J. Sauzer (Bar No. 34972)
Jordan T. Lacoste (Bar No. 39948)
SALLEY, HITE, MERCER & RESOR, LLC
One Canal Place – Suite 1710

NON-CERTIFIED COPY

365 Canal Street
New Orleans, Louisiana 70130
Telephone:    504-566-8800
Facsimile:    504-566-8828

**Attorneys for Defendant, Cracker Barrel Old
Country Store, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all parties,

through their attorney of record, by placing a copy of same in the United States mail, properly

addressed and postage prepaid on the _____ day of April, 2022.

_____
Stephen C. Resor

NON-CERTIFIED COPY

# Uniti Fiber Fax Service

## FAX **DELIVERY** NOTIFICATION

Tangipahoa Parish Clerk of Court   20220000481
Filed Apr 07, 2022 10:03 AM           B
Iesha Brumfield
Deputy Clerk of Court

Account: FB9857486746
4/7/2022 10:03:31 AM

The following fax was **successfully** sent to the specified recipient.

| | |
|---|---|
| **Fax Number:** | **15045668828** |
| Remote CSID: | HFR (station ID of receiving fax device) |
| Pages: | 1 |
| Status: | No errors |

# FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 4/7/2022 10:04:30 AM |
| Duration: | 65 seconds |
| Speed: | 14400 bps |
| Retries: | 0 |
| Event ID: | 3db0ee06-12d5-4768-957d-ffa83cf8a5d2 |





NON-CERTIFIED COPY

04/07/2022  THU 11:13  [JOB NO. 5686]☑001



# SALLEY, HITE, MERCER & RESOR, LLC

## Attorneys at Law

365 Canal Street
One Canal Place, Ste. 1710
New Orleans, LA 70130
Phone: (504) 566-8800
Fax:    (504) 566-8828

**STEPHEN C. RESOR**
Direct Dial: 504-566-8803
Email: sresor@shmrlaw.com

www.shmrlaw.com

April 6, 2022

*VIA FAX (985) 748-6746*
*AND US MAIL*
Gary T. Stanga, Clerk of Court
21st Judicial District Court
Parish of Tangipahoa
P.O. Box 667
Amite, LA  70422

Re:    Diane Tanguis V Cracker Barrel Old Country Store, Inc.
       *21ST JDC, PARISH OF TANGIPAHOA, NO. 20220000481, DIV B*
       Claim No:      J656719
       D/L:           March 24, 2021
       Our File:      2876- 24688

**PLEASE FAX FILING CONFIRMATION WITH COST TO (504) 566-8828.**

Dear Sir/Madam:

Please find enclosed Defendant's Answer and Jury Demand, Jury Order and Request for Notice filed on behalf of defendant, Cracker Barrel Old Country Store, Inc.

Please file into the record of this matter and return to me a stamped conformed copy in the enclosed self-addressed stamped envelope provided for your convenience.

Once filing confirmation is received, our firm's check for this filing and all originals will be mailed accordingly.

Thanking you in advance for your professional courtesies.

SALLEY, HITE, MERCER & RESOR, LLC

Stephen C. Resor

SCR/cb
Enclosures
cc: w/enc: Philip D. Lorio, Esq.

2022 APR 11  AM 9: 02
GARY STANGA
CLERK OF COURT
TANGIPAHOA PARISH, LA

NON-CERTIFIED COPY

Tangipahoa Parish Clerk of Court  20220000481
Filed Apr 11, 2022 9:02 AM
Marquita Dyson
2878-24688
Deputy Clerk of Court
FAX Received Apr 06, 2022

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2022-0000481                                              DIVISION: B

DIANE TANGUIS

VERSUS

CRACKER BARREL OLD COUNTRY STORE, INC.

FILED:_____       _____

                                            DEPUTY CLERK

### **JURY CASH DEPOSIT ORDER PURSUANT TO LA. C.C.P. 1734.1**

Demand for trial by Jury having been made herein and this matter now being set for trial,

IT IS ORDERED that the party requesting a jury trial, shall make a cash deposit with the Clerk of Court in the amount of ($8,150.00). This sum shall be deposited no later than sixty (60) days prior to trial. Trial is set for the _____ day of _____ and is scheduled to last _____ days.

In the event the case is settled, the party depositing the funds shall receive a refund of this deposit as follows:

I.      All funds less $1,500.00 shall be refunded, only if the Court is notified, in writing, 30 (thirty) days in advance of trial indicating that the case is resolved or will proceed to trial by judge.

II.      If the case settles within the dates the trial was scheduled to proceed, the court shall cast the party requesting the jury trial an additional $320.00 in jury costs.

III.      If the case proceeds to trial by jury, the remaining funds on deposit shall be used to pay all jury costs. The court may require an additional deposit for costs as needed.

IV.      The above deposit schedule only applies to the calling of a standard venire. In the event that the case requires more potential jurors because of the length of the case or other factors, the Court may require additional costs to be posted.

This Order supersedes any prior Jury Order issued in the matter. The Court certifies that a copy of this Order has been served upon all counsel of record and/or parties by hand delivery or by mail.

Amite, Louisiana, this ___ day of _____, 2022.

_____
JUDGE   CHARLOTTE FOSTER

**Charlotte Foster**
**Signed on: April 12, 2022**

NON-CERTIFIED COPY

Tangipahoa Parish Clerk of Court 2022000483
Filed Apr 11, 2022 9:02 AM
Marquita Dyson
Deputy Clerk of Court
FAX Received Apr 06, 2022

Case 2:22-cv-02583-SM-MBN   Document 1-3   Filed 08/09/22   Page 25 of 29

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2022-0000481                                                    DIVISION: B

DIANE TANGUIS

VERSUS

CRACKER BARREL OLD COUNTRY STORE, INC.

FILED:_____        _____
                                                            DEPUTY CLERK

## REQUEST FOR WRITTEN NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, defendant, **CRACKER BARREL OLD COUNTRY STORE, INC,** hereby requests written notice of the date set for trial of the above numbered and entitled cause, or of the date set for hearing of any pleadings or motions therein, at least ten (10) days before any hearing date.

Defendant also requests notice of the signing of any final judgment or the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
Stephen C. Resor (Bar No. 16767)
Amy Dunn Hotard (Bar No. 31709)
Stephannie M. England (Bar No. 35904)
Gregory J. Sauzer (Bar No. 34972)
Jordan T. Lacoste (Bar No. 39948)
**SALLEY, HITE, MERCER & RESOR, LLC**
One Canal Place - Suite 1710
365 Canal Street
New Orleans, Louisiana 70130
Telephone:    504-566-8800
Facsimile:    504-566-8828

**Attorneys for Defendant,
Cracker Barrel Old Country Store, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all parties, through their attorney of record, by placing a copy of same via email, facsimile and/or in the United States mail, properly addressed and postage prepaid on the 6 day of April, 2022.

_____
Stephen C. Resor

NON-CERTIFIED COPY

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2022-0000481                                              DIVISION: B

DIANE TANGUIS

VERSUS

CRACKER BARREL OLD COUNTRY STORE, INC.

FILED:_____          _____
                                                    DEPUTY CLERK

## **ANSWER AND JURY DEMAND**

**NOW INTO COURT,** through undersigned counsel, comes defendant, **CRACKER BARREL OLD COUNTRY STORE, INC.** (hereinafter "Cracker Barrel"), who responds to the Petition for Damages of petitioner, Diane Tanguis, as follows:

1.

Upon information and belief, the allegations of the first paragraph of the Petition are admitted.

2.

Upon information and belief, the allegations of the second paragraph of the Petition are admitted.

3.

Upon information and belief, the allegations of the third paragraph of the Petition are admitted.

4.

Upon information and belief, the allegations of the fourth paragraph of the Petition are admitted.

5.

Upon information and belief, the allegations of the fifth paragraph of the Petition are admitted.

6.

The allegations of the sixth paragraph of the Petition are denied.

NON-CERTIFIED COPY

7.

Upon information and belief, the allegations of the seventh paragraph of the Petition are admitted.

8.

The allegations of the eighth paragraph of the Petition are denied.

9.

The allegations of the ninth paragraph of the Petition are denied, calling for strict proof.

10.

The allegations of the tenth paragraph of the Petition are denied.

11.

The allegations of the eleventh paragraph of the Petition are denied.

12.

The allegations of the twelve paragraph of the Petition are denied.

**AND NOW, IN FURTHER ANSWER**, to the Petition for Damages, defendant respectfully avers:

13.

Diane Tanguis' accident and injuries, if any, were not caused by the negligence and/or fault of Cracker Barrel Old Country Store, Inc. or any of its employees, but rather the sole proximate cause of plaintiff's accident and resulting injuries was the negligence, imprudence and want of skill and lack of skill of petitioner, Diane Tanguis which include the following, non-exclusive particulars to wit:

A.   Failing to see what she should have seen;

B.   Failing to maintain a proper lookout;

C.   Failing to act as a reasonable prudent person under the circumstances;

D.   Failing to observe an open and obvious condition and to avoid it;

E.   Attempting to cut through the landscaping in order to enter the parking lot, instead of using the sidewalk; and

F.   Any and all acts of negligence which will act either as a complete bar, or alternative, as a partial bar to any recovery herein, which is denied.

NON-CERTIFIED COPY

14.

In the alternative, and only in the event that this Honorable Court should find that the petitioner suffered injuries as a result of the negligence and/or fault of Cracker Barrel or any of its agents or employees, defendant avers that the negligent actions of petitioner, Diane Tanguis, as set forth in Paragraph 13 herein above, constitute comparative fault, thereby reducing any and all recovery by the plaintiff in proportion to her own fault.

15.

**FURTHER ANSWERING**, defendant avers that the plaintiff herein has failed to mitigate her damages and therefore any damages awarded, which are specifically denied, should be reduced accordingly.

16.

Alternatively, defendant avers that plaintiff's accident and injury was caused by the fault of a third party for which this defendant is not legally responsible.

17.

Defendant avers that it is entitled to all the protections and affirmative defenses afforded by it and contained within LSA-R.S. 9:2800.6 (Louisiana slip and fall statute) to include but limited to the defense that the defendant had no actual or constructive notice of the alleged dangers or defective condition prior to the fall.

18.

Defendant prays for a trial by jury on all issues.

**WHEREFORE**, defendant, Cracker Barrel, prays that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in its favor dismissing petitioner's suit, with prejudice at petitioner's sole costs.

Defendant prays for a trial by jury and for all general and equitable relief permitted under Louisiana law.

Respectfully submitted,

Stephen C. Resor (Bar No. 16767)
Amy Dunn Hotard (Bar No. 31709)
Stephannie M. England (Bar No. 35904)
Gregory J. Sauzer (Bar No. 34972)
Jordan T. Lacoste (Bar No. 39948)
**SALLEY, HITE, MERCER & RESOR, LLC**
One Canal Place - Suite 1710

NON-CERTIFIED COPY

365 Canal Street
New Orleans, Louisiana 70130
Telephone:    504-566-8800
Facsimile:    504-566-8828

**Attorneys for Defendant, Cracker Barrel Old
Country Store, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all parties,

through their attorney of record, by placing a copy of same in the United States mail, properly

addressed and postage prepaid on the _____ day of April, 2022.

_____
Stephen C. Resor

NON-CERTIFIED COPY